689 A.2d 722

IN THE MATTER OF EDWARD J. MANGOLD,
AN ATTORNEY AT LAW.

March 12, 1997.

## ORDER

The Disciplinary Review Board on December 17, 1996, having filed with the Court its decision concluding that **EDWARD J. MANGOLD,** formerly of **BRICK TOWNSHIP,** who was admitted to the bar of this State in 1975, should be reprimanded for acting with a conflict of interest in violation of *RPC* 1.8(c) by participating in the estate of a non-relative when respondent had drafted the will and served as executor of the estate, and good cause appearing;

It is ORDERED that **EDWARD J. MANGOLD** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.